

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00230-CV

Darien **LOWERY**,
Appellant

v.

Ilene Bruce **LOWERY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00288
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: June 5, 2019

DISMISSED

Texas Rule of Appellate Procedure 5 provides the following:

A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

Because Appellant Darien Lowery failed to pay the filing fee in this appeal, on May 8, 2019, we ordered appellant, on or before May 20, 2019 to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or these rules from paying

the filing fee. *See* TEX. R. APP. P. 20.1. We explained that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). Appellant has failed to pay the filing fee or provide written proof that he is excused from paying the filing fee. Therefore, we dismiss this appeal. *See id.*

PER CURIAM